IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:10 CR 150-12 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | JAMES S. GALLAS |
| EDWARD CHESLOW, | ) | |
| | ) | **REPORT AND RECOMMENDATION** |
| Defendant. | ) | |

Pursuant to General Order 99-49, this matter having been referred to United States Magistrate Judge James S. Gallas for purposes of receiving, on consent of the parties, the defendant's offer of a plea of guilty, conducting the colloquy prescribed by Fed. R. Crim. P. 11, causing a verbatim record of the proceedings to be prepared, referring the matter, if appropriate, for presentence investigation, and submitting a Magistrate Judge's Report and Recommendation stating whether the plea should be accepted and a finding of guilty entered, the following, along with the transcript or other record of the proceedings submitted herewith, constitutes the Magistrate Judge's Report and Recommendation concerning the plea of guilty proffered by the defendant.

1. On May 14, 2010, the defendant, Edward Cheslow, accompanied by counsel, proffered a plea of guilty.

1:10CR150-12

    2.    Prior to such proffer, the undersigned examined the defendant as to his competency, advised him of the charge and consequences of conviction, informed him that the Court will be required to give consideration to the Federal Sentencing Guidelines and of the possibility of a departure from the Guidelines, notified him of his rights, advised him that he was waiving all his rights except the right to counsel, and, if such were the case, his right to appeal, and otherwise provided him with the information prescribed in Fed. R. Crim. P. 11.

    3.    The parties and counsel informed the undersigned about the plea agreement between the parties, advised the undersigned that, aside from such agreement as described or submitted to the court, no other commitments or promises have been made by any party, and no other agreements, written or unwritten, have been made between the parties.

    4.    The undersigned questioned the defendant under oath about the knowing, intelligent, and voluntary nature of the plea of guilty and finds that the defendant's plea was offered knowingly, intelligently, and voluntarily.

    5.    The parties provided the undersigned with sufficient information about the charged offenses and the defendant's conduct to establish a factual basis for the plea.

In light of the foregoing and the record submitted herewith, the undersigned finds that the defendant's plea was knowing, intelligent, and voluntary and that all requirements imposed by the United States Constitution and Fed. R. Crim. P. 11 have been satisfied. The undersigned, therefore,

1:10CR150-12

recommends that the court approve the plea agreement between the parties, accept the defendant's plea of guilty, and enter a finding of guilty.

Date: May 18, 2010 /s/ James S. Gallas
James S. Gallas
United States Magistrate Judge

## OBJECTIONS

Any objections to this Report and Recommendation must be filed with the Clerk of Courts within ten (10) days of receipt of this notice. Failure to file objections within the specified time waives the right to appeal the District Court's order.[1]

---

[1] *See United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). *See also Thomas v. Arn*, 474 U.S. 140 (1985), *reh'g denied*, 474 U.S. 1111 (1986).