UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:10 CR 150-12 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | **ORDER ACCEPTING PLEA** |
| EDWARD CHESLOW, | ) | **AGREEMENT, JUDGMENT AND** |
| | ) | **REFERRAL TO U. S. PROBATION** |
| Defendant | ) | **OFFICE** |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge James S. Gallas, regarding the change of plea hearing of Edward Cheslow, which was referred to the Magistrate Judge with the consent of the parties.

On April 7, 2010, the government filed a one count Indictment, charging Defendant, Edward Cheslow, with Conspiracy to Distribute Controlled Substance in violation of Title 21 United States Code, Section 846. Defendant Cheslow was arraigned on May 14, 2010, entered a plea of guilty to count 1 of the Indictment and Magistrate Judge Gallas issued a Report and Recommendation ("R&R") concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it

was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Edward Cheslow is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Cheslow is adjudged guilty to Count 1 of the Indictment, in violation of Title 21 United States Code, Section 846. This matter was referred to the U. S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be on August 28, 2010, at 2:00 p.m. in Courtroom 19-A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

June 14, 2010